# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| BRICKLAYERS OF WESTERN PENNSYLVANIA PENSION PLAN,<br><br>Plaintiff,<br><br>v.<br><br>HECLA MINING COMPANY, et al.,<br><br>Defendants. | Case No. 2:12-CV-42 (BLW)<br><br>**JOINT PROPOSED SCHEDULE FOR THE FILING OF AN AMENDED COMPLAINT AND BRIEFING SCHEDULE FOR MOTION TO DISMISS** |

On March 7, 2012, the Court ordered the parties to file, within 15 days of the appointment of a lead plaintiff, a schedule for the filing of an amended complaint and the defendants' response. *See* Docket #11. On July 12, 2012, the Court appointed lead plaintiffs. Consequently, the lead plaintiffs and the defendants have conferred and jointly propose the following schedule:

1. The lead plaintiffs shall file an amended complaint on or before September 25, 2012.

2. The defendants shall respond to the amended complaint on or before November 26, 2012.

3. If the defendants move to dismiss, lead plaintiffs' may file an opposition brief on or before December 28, 2012, and the defendants may file a reply brief on or before January 28, 2013.

| | |
|---|---|
| Respectfully submitted, | Dated: July 25, 2012 |

| | |
|---|---|
| s/ Philip Gordon | s/ William F. Boyd |
| Philip Gordon, ISB # 1996 | William F. Boyd, ISB # 1070 |
| Bruce S. Bistline, ISB # 1988 | Michael E. Ramsden, ISB # 2368 |
| GORDON LAW OFFICES | RAMSDEN & LYONS, LLP |
| 623 West Hays Street | 700 Northwest Blvd. |
| Boise, ID 83702 | P.O. Box 1336 |
| Telephone: (208) 345-7100 | Coeur d'Alene, ID 83816-1336 |
| Facsimile: (208) 345-0050 | Telephone: (208) 664-5818 |
| pgordon@gordonlawoffices.com | Facsimile: (208) 664-5884 |
| bbistline@gordonlawoffices.com | wboyd@ramsdenlyons.com |
| | mramsden@ramsdenlyons.com |

*Liaison Counsel for Lead Plaintiffs*

Albert P. Barker, ISB # 2867
BARKER, ROSHOLT & SIMPSON LLP
James M. Hughes                    1010 W. Jefferson Street, Suite 102
Vincent I. Parrett                 P.O. Box 2139
Ann K. Ritter                      Boise, ID 83701-2139
MOTLEY RICE, LLC                   Telephone: (208) 336-0700
28 Bridgeside Blvd.                Facsimile: (208) 344-6034
Mt. Pleasant, SC 29464             apb@idahowaters.com
Telephone: (843) 216-9000
Facsimile: (843) 216-9450          Mark Filip
jhughes@motleyrice.com             John F. Hartmann, P.C.
vparrett@motleyrice.com            Joshua Z. Rabinovitz
aritter@motleyrice.com             KIRKLAND & ELLIS LLP
                                   300 N. LaSalle Street
*Counsel for Lead Plaintiffs*      Chicago, IL 60654
                                   Telephone: (312) 862-2000
                                   Facsimile: (312) 862-2200
                                   mark.filip@kirkland.com
                                   john.hartmann@kirkland.com
                                   joshua.rabinovitz@kirkland.com

*Counsel for Defendants*